UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

NO.: 1:12-CV-08484

MIDOIL USA, LLC

               Petitioner,

                                  DECLARATION IN SUPPORT

    -against-

ASTRA PROJECT FINANCE PTY LTD.

              Respondent,
_____x

     I Meir Moza, am an attorney duly admitted to practice law before the Court of the

State of New Jersey and New York, hereby affirm the following under the penalties of

perjury:

1.     I Meir Moza, attorney for the Respondent herein, ASTRA PROJECT FINANCE

PTY LTD. , respectfully submit to this most Honorable Court, in good faith,

Respondent's Emergency Motion to Stay Arbitration and Compel Judicial Review with

Memorandum of Law; and the Affidavit of Jaydeep Biswas.

2.     Astra Project Finance Pty Ltd ("Astra") upon information and belief was

fraudulently induced by Petitioner to enter the contract in question, the Corporate

Financing Agreement (CFA) which included fraudulent inducement of the Arbitration

provision 23.1 dated, 1/11/2012. For this reason alone this case cannot be sent to

Arbitration without judicial review of the allegation of fraud in the inducement of the

Arbitration clause. Because Respondent being is forced by the Petitioner to participate in

Arbitration proceedings without judicial review which will result in the Respondent being

irreparably harmed and irreparably prejudiced.

WHEREFORE the Respondent respectfully moves this Court for an Emergency Order: 1) in favor of the Respondent and against the Petitioner granting an emergency stay of arbitration; and (2) an Emergency Order in favor of the Respondent and against the Petitioner, compelling judicial review of the allegation of fraudulent inducement of the Arbitration clause provision 23.1 in the contract (CFA) by the United States District Court, Southern District of New York or by remand to the Superior Court of New Jersey, Bergen County, the Court of original jurisdiction; and/or (3) an Emergency Order dismissing with prejudice the Petitioner's Petition to Compel Arbitration in the United States District Court for the Southern District of New York; and (4) any other relief the Court deems just and proper.

Dated: June 24, 2013
       Mineola, NY


                                          _____/s/_____
                                          **Meir Moza Esq.**
                                          **Attorney at Law**
                                          **217 Willis Avenue**
                                          **Mineola, NY 11501**
                                          **(516) 741-0003**
                                          **Attorney for**
                                          **Respondent**



To:

Cheng Zhang, LL.M.
International Case Manager 212-484-4036
ZhangCadr.org
Michael Namias ICDR Supervisor 212 484 4170
NamiasMadr.org
120 Broadway, 2lst Floor, New York, NY 10271
telephone: 212-484-4181 facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

John Dellaportas, Esq.