UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JULY 15, 2013
```

MIDOIL USA, LLC

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:  12CV8484  (pac)

-v-

ASTRA PROJECT FINANCE PTY LTD.

Defendant(s)

I hereby certify under the penalties of perjury that on 15 day of JULY, 20 13, I served:
ASTRA PROJECT FINANCE PTY LTD.  DR. JAYDEEP BISWAS
46 TYNTE STREET NORTH ADELAIDE, SA AUSTRALIA, 5006

☐ One copy of the _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ One copy of the PETITION TO COMPEL ARBITRATION, PROPOSED AMENDED PETITION TO COMPEL ARBITRATION, PETITIONER'S MEMORANDUM, NOTICE OF MOTION OF PETITIONER, DECLARATION OF JOHN DELLAPORTAS, AND SUMMONS IN A CIVIL ACTION
by FEDEX 7962 1751 1339, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
JULY 15, 2013

RUBY J. KRAJICK
CLERK OF COURT

Print Name: CHRIS AIELLO
DEPUTY CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF CLERK

July 15, 2013

Astra Project Finance Pty Ltd
Dr. Jaydeep Biswas
46 Tynte Street
North Adelaide, SA Australia, 5006

Re:   <u>Midoil USA, LLC vs. Astra Project Finance Pty Ltd.,</u>
      12 CV 8484(PAC)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(b)(3)(B), one copy of the following documents along is being served on you on behalf of the Plaintiff in the above-referenced action which names your agency an instrumentality of a Foreign State, as defendants:

Summons
Petition to Compel Arbitration
Proposed Amended Petition to Compel Arbitration
Petitioner's Memorandum of Law in Support of Its Motion or Leave to Amend Petition
Notice of Motion of Petitioner Midoil USA LLC for leave to Amend Petition To Compel Arbitration
Declaration of John Dellaportas

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

From: (212) 692-1000
Onika McLean
Duane Morris LLP
1540 Broadway

New York, NY 10036
UNITED STATES

Origin ID: NYCA

**FedEx** Express

SHIP TO: 2126921000    BILL SENDER
Dr. Jaydeep Biswas
Astra Project Finance Pty Ltd
46 Tynte Street

North Adelaide, SA 5006
AU

Ship Date: 12JUL13
ActWgt: 0.5 LB
CAD: 103433858/WSXI2750

REF: N1875.00002
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE:
CUSTOMS VALUE: 1.00 USD
T/C: S 178484133    D/T: S 178484133
SIGN: Onika McLean
EIN/VAT:
PKG TYPE: ENV

TRK# 7962 1751 1339
0430

PM
INTL PRIORITY

XQ ADLA

5006
-AU
ADL



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH
FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.