# Forward Movement

Young professionals en route to their next career goal ... blawging in transit encouraged.

Monday, December 7, 2009
## Contracts, Fraud & the Arbitration Clause

Unfortunately, it is not uncommon to find idiosyncratic laws within the American legal system. For example, the claim for fraudulent inducement in a contract dispute and the effect of that assertion depending on whether or not there is an arbitration clause.

An arbitration clause in a contract requires the parties to resolve any disputes through an arbitrator instead of a judge. The arbitration process is often seen as favorable because it is "speedy and not subject to delay and obstruction in the courts." *Prima Paint Corp. v. Flood & Conklin Mfg. Co.*, 388 U.S. 395, 404 (1967). The federal government expressed its support of arbitration clauses by passing the Federal Arbitration Act ("FAA"), which makes the arbitration process binding and parties relinquish their right to challenge a final decision by instituting a court action. Therefore, in a contract dispute, if the contract has an arbitration clause, the dispute must be heard before an arbitrator, unless the arbitration clause is specifically challenged.

A claim for fraud in the inducement basically states that the contract cannot be enforced as written because it was agreed to based on fraudulent claims by the party trying to enforce the contract. Fraud is a basis for voiding a contract either in its entirety or specific terms because there was no "meeting of the minds." Such mutual consent is a necessary element to the formation of a valid contract.

While a finding of fraud in the inducement will usually void an entire contract, if there is an arbitration clause, the federal court may proceed to adjudicate it only if the claim of fraud is in the inducement of the arbitration clause itself. *Id*. The *Prima Paint* Supreme Court found that the statutory language of the FAA did not permit the federal court to consider claims of fraud in the inducement of the contract generally. *Id*. Therefore, claims of fraud in the inducement of the entire

**What we're doing here**

This general interest blawg is a collection of young professionals and their efforts to move their careers forward. Authors may be developing a side interest apart from their practice area, writing to enhance their name recognition, or searching for new employment. All authors are Attorneys or MBAs, and are within several years of having graduated. Nothing on this site constitutes counsel or an attorney-client relationship. (*See* "About This Blawg" for more details).

**Follow our posts!**

Subscribe to a reader



**Recent Comments**

Stephanie Soondar commented on in case you missed it this week_12: *"Hi Ohio at 2a,Thanks for the comment and compliment. It*

agreement must be submitted to the arbitrator for resolution unless expressly excluded by the arbitration provision. However, if a party claims fraud in the inducement of the arbitration clause itself, this would avoid the enforceability of the arbitration clause.

In Justice Black's dissenting opinion in *Prima Paint*, where the plaintiff contended that it would not have executed any contract, including the arbitration clause, if it were not for the fraudulent representations of the defendant, Justice Black recognized the faulty logic of the FAA interpretation. *Id.* at 415 (Black, J., dissenting). Justice Black noted that the two special values of arbitration – (1) expertise of an arbitrator and (2) the speed of the arbitration process – would not be served where a contract is sought to be rescinded on the ground of fraud. *Id.*

"On the one hand, courts have far more expertise in resolving legal issues which go to the validity of the contract than do arbitrators. On the other hand, where a party seeks to rescind a contract and his allegation of fraud in the inducement is true, an arbitrator's speedy remedy of this wrong should never result in resumption of performance under the contract. And if the contract were not procured by fraud, the court, under the summary trial procedures provided by the Act, may determine with little delay that arbitration must proceed." *Id.* at 416 (Black, J., dissenting).

The legal distinction of claiming fraud in the inducement of the contract generally versus fraud in the inducement of the arbitration clause specifically is idiosyncratic. When one is fraudulently induced into an agreement, which includes an arbitration clause, then the case should be heard at trial because fraudulent inducement of the entire agreement includes fraudulent inducement of the arbitration clause as well. A party forced into arbitration is bound by the arbitrator's final decision, has no right to a jury, and cannot appeal the decision in a subsequent court hearing. There should not be a requirement that a separate and express claim be made of fraud in the arbitration clause itself for that matter to be heard before a judge.

Tweet this!

Posted by Jenn Lee at 12/07/2009 09:11:00 AM 

**No comments:**

**Post a Comment**

Discussion and feedback is encouraged, but civility and professionalism will be maintained by administrative censoring of abusive or off-topic comments. Thank you.

Note: Only a member of this blog may post a comment.

---

is..."

Ohio personal injury lawyer commented on in case you missed it this week_12: *"Very interesting blog. I would definitely put you on my..."*

Stephanie Soondar commented on in case you missed it this week_15: *"Hi Arizona at 341a (Mom - is that you?),Thanks for the..."*

Arizona Payroll Services commented on in case you missed it this week_15: *"thank you for your blog."*

**Authors and All Subjects Discussed**

(Post Summary)

About This Blawg

ADA

alienation of affection

Americans with Disabilities Act

Animal Rights Law

arbitration

Art

Author Econoclastic

Author Frants Vlad

Author Hopkins Seth

Author Jones Keyana

Author Konkel Juleen

Author Kuhn Richard

Author Kumar Alok

Author Lee Ann

Author Lee Jennifer

Author Major Allen

Author O'Sullivan Rory



Comment as: Google Account

[Publish] [Preview]

**Links to this post**

Create a Link

Newer Post          Home          Older Post

Author Oviasu Ehi
Author Silberberg Jason
Author Soondar Stephanie
Author Trombley Monica
Author Walsh Emily
Author Wayne Olga
Author Williams Zachary
Bailout
Bank of America (BofA/BoA)
Banking
Big Picture: Legal Philosophy
blockbuster
Bonus Restrictions
breach of promise to marry
Child Custody
Civil Procedure
civil rights
Climate Change
Compensation Czar
Constitutional Law
contracts
copyright
Corporate Governance
corporate practice of medicine doctrine
Credit Rating Agencies
criminal conversation
Criminal Law
disability
discrimination
divorce
e-Discovery
Economics
Emily Post
Employment Law

Entertainment Law

Environmental Law

Executive Compensation

Family Law

FCPA

file-sharing

Finance

First Amendment Law

fraud

fraudulent inducement

Gender and the Law

Government

Green Buildings

Health Care

health law

Heart Balm

Hold Notice

Intellectual Property

International Business

International Law

Investments and Investing

jactitation of marriage

Legal Education

Legal Profession

Litigation

Louisiana

McNeese

McNeese State University

Misc. Law

piracy

Politics

privacy

Re-Regulation / New Regulations

SEC

Securities

seduction of an ummarried female

Shari'ah Law

SOX

TARP

Torts

United Kingdom

**Blawg Archive**

Blawg Archive

**Search This Blawg (results will appear at the top of this page)**

Search

**Blog Roll**

Blog Roll