UNITED STATES DISCRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JULY 16, 2013
```

MIDOIL USA, LLC

                          Plaintiff(s)              **CERTIFICATE OF MAILING**

                                                    Case No.: __12CV8484__ (pac)

            -v-

ASTRA PROJECT FINANCE PTY LTD.

                          Defendant(s)

I hereby certify under the penalties of perjury that on 16 day of JULY, 20 13, I served:
ASTRA PROJECT FINANCE PTY LTD, DR. JAYDEEP BISWAS
46 TYNTE STREET NORTH ADELAIDE, SA AUSTRALIA, 5006

[X] One copy of the PETITION TO COMPEL ARBITRATION, PROPOSED AMENDED PETITION TO COMPEL ARBITRATION, PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE, NOTICE OF OF PETITIONER FOR LEAVE, DECLARATION OF JOHN DELLAPORTAS, SUMMONS IN A CIVIL ACTION.
by FEDEX 7962 3274 0098, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____
by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____
by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____
by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated:** New York, New York
JULY 16, 2013

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              Print Name: CHRIS AIELLO
                              DEPUTY CLERK OF COURT

From: (212) 692-1000  
Onika McLean  
Duane Morris LLP  
1540 Broadway  

New York, NY 10036  
UNITED STATES  

Origin ID: NYCA  

**FedEx** Express  

Ship Date: 15JUL13  
ActWgt: 0.5 LB  
CAD: 103433858/WSXI2750  

REF: N1875.00002  
DESC-1: Legal Documents  
DESC-2:  
DESC-3:  
DESC-4:  
EEI: NO EEI 30.37(a)  
COUNTRY MFG: US  
CARRIAGE VALUE:  
CUSTOMS VALUE: 1.00 USD  
T/C: S 178484133     D/T: S 178484133  
SIGN: Onika McLean  
EIN/VAT:  
PKG TYPE: ENV  

SHIP TO: 2126921000   BILL SENDER  
**Dr. Jaydeep Biswas**  
**Astra Project Finance Pty Ltd**  
**46 Tynte Street**  

**North Adelaide, SA 5006**  
**AU**

TRK# 7962 3274 0098  
0430  

PM  
INTL PRIORITY  

5006  
-AU  
ADL  

**XQ ADLA**



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH  
FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.