UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
MIDOIL USA LLC,                                                  :
                                                                 :
                                                                 :
                              Petitioner,                        :   Case No. 12-cv-8484 (PAC)
                                                                 :
        -against-                                                :
                                                                 :
                                                                 :
ASTRA PROJECT FINANCE PTY LTD.,                                  :
                                                                 :
                                                                 :
                              Respondent.                        :
---------------------------------------------------------------- X

### NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all pleadings and prior proceedings had herein, Petitioner MidOil USA LLC, respectfully moves, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for reconsideration of that portion of the Court's Opinion dated August 15, 2009 which denied Petitioner's motion for leave to amend its petition, and for such other relief as the Court deems just.

Dated: New York, New York
      August 29, 2013

MORGAN, LEWIS & BOCKIUS LLP

*/s/ John Dellaportas*
John Dellaportas
101 Park Avenue
New York, NY 10178
Tel: 212-309-6000
jdellaportas@morganlewis.com

Rachael G. Pontikes
Duane Morris, LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603
Tel: 773-677-6757
rgpontikes@duanemorris.com

*Attorneys for Petitioner MidOil USA LLC*