USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 23, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MIDOIL USA, LLC

              Petitioner,

-against-

ASTRA PROJECT FINANCE PTY LTD.

              Respondent,
_____x

NO.: 1:12-CV-08484

STIPULATION TO EXTEND
TIME TO REPLY

      **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for all appearing parties, that Respondent is hereby granted a time extension of 21 days or 3 weeks from the date of this Stipulation for Respondent to serve its opposition papers to Petitioner's motion for reconsideration, so as to be received by Petitioners' counsel, on or before October 14, 2013; and it is further

      **STIPULATED AND AGREED** that a facsimile or PDF signature on this Stipulation shall be deemed an original, and that this Stipulation may be signed in counterparts.

Dated: Mineola, New York
       September 23, 2013

By: _____
    Meir Moza Esq.
    Attorneys at Law
    217 Willis Ave
    Mineola, NY 11501
    (516) 741-0003

_____
John Dellaportas, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

SO-ORDERED:  09/23/13

_Paul A. Crotty_
Paul A. Crotty, U.S.D.J