UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
MIDOIL USA LLC,

                    Petitioner,

    -against-

ASTRA PROJECT FINANCE PTY LTD.,

                    Respondent.
----------------------------------------------------------------- X

Case No. 12-cv-8484 (PAC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that I, Ariel F. Gursky of Morgan, Lewis & Bockius LLP, hereby enter my appearance as counsel of record for Petitioner MidOil USA LLC in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:  New York, NY
       October 14, 2013

MORGAN, LEWIS & BOCKIUS LLP

By:   s/ Ariel F. Gursky_____
      Ariel F. Gursky
      101 Park Avenue
      New York, New York 10178
      Tel: (212) 309-6000
      Fax: (212) 309-6001
      agursky@morganlewis.com

     *Attorney for Petitioner*
     *MidOil USA LLC*