## Gursky, Ariel

| | |
|---|---|
| **From:** | Cheng Zhang, LL.M. [ZhangC@adr.org] |
| **Sent:** | Wednesday, September 25, 2013 5:15 PM |
| **To:** | Dellaportas, John; Gursky, Ariel; Pontikes, Rachael G. |
| **Cc:** | leber.bernice@arentfox.com; 'William Bassler'; 'Elizabeth Jannuzzi'; Barbara Byrd Wecker; Marie Lerin; jaydeep@astraresources.com.au; silv@astraresources.com.au |
| **Subject:** | FW: INFORMATION CONVEYED BY CLIENT TO YOUR OFFICE |

Dear Counsel and Tribunal,

Please kindly find the letter from Mr. Moza conveying Respondent's position below. Thank you very much and have a nice evening.

Best regards,

Cheng Zhang



**Cheng Zhang, LL.M.**
**International Case Manager**
American Arbitration Association
International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
www.icdr.org
**T:** +1 212-484-4036
**F:** +1 212 246 7274

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** mmozaesq@hotmail.com [mailto:mmozaesq@hotmail.com]
**Sent:** Wednesday, September 25, 2013 4:46 PM
**To:** Cheng Zhang, LL.M.
**Subject:** Re: INFORMATION CONVEYED BY CLIENT TO YOUR OFFICE


DEAR MR. ZHANG:

As you are aware, our client Astra Finance Pty Ltd, had not authorized our office to participate in any arbitration, nor had retained our office to represent it in same.  Notwithstanding, our client had requested that our office convey to you certain requests for your consideration and indulgence thereof.  Accordingly:

1.   Our client,  Astra Finance Ltd, hereby requests that your caption and filings made against Astra Resources

be limited to Astra Finance Pty Ltd, and not inclusive with Astra Resources., which is the parent company for Astra Project Pty Ltd.  The Federal Court, Judge Crotty, in a decision made August 15, 2013, had clearly held that the parent company can not be added to the proceedings and denied the motion by Mid Oil for same.  Our client demands that your office act in accordance to said decision.

2.    In addition, Astra Project Pty Ltd., adamantly refuses to to proceed with the arbitration in ICDR and do not wish to participate in said proceedings due to, among other reasons, their position that said arbitrators are biased in favor of Mid Oil, and do not uphold the proceedings in a fair and equitable manner.  Accordingly, our client will be seeking a change of venue, and request same from the court in pursuit of change of arbitrators and venue.

3.    Categorically, our client emphasized that our office is to forward said position to you via email on their behalf, and further emphasized that our office is not retained as counsel in said arbitration proceedings with ICDR nor is our office designated as the agent or counsel to communicate or receive any communications from the ICDR in the future.  All communications should be made directly to Astra Project Finance Pty Ltd hereinafter.

Thank you for your indulgence in said matter.  We thank you for your anticipated cooperation herein.
MEIR MOZA , ESQ.
MEIR MOZA & ASSOCIATES
ATTORNEYS AT LAW
516-741-0003


-------Original Message-------

*From:* Cheng Zhang, LL.M.
*Date:* 8/27/2013 5:11:38 PM
*To:* mmozaesq@hotmail.com
*Subject:* Invoice of deposit for arbitrators' compensation of case no.50 148 T 00511 13


Dear Mr. Moza,


Please kindly find the attached invoice of the deposit for arbitrators' compensation of the above matter. I will appreciate if the same can be paid by **September 11, 2013**. Thank you very much and have a nice day.


Best regards,

Cheng Zhang


**Cheng Zhang, LL.M.**
**International Case Manager**
International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
www.icdr.org
**T:**+1 212-484-4036
**F:**+1 212 246 7274

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.