## Gursky, Ariel

| | |
|---|---|
| **From:** | Cheng Zhang, LL.M. [ZhangC@adr.org] |
| **Sent:** | Tuesday, October 15, 2013 5:54 PM |
| **To:** | Dellaportas, John; Gursky, Ariel; Pontikes, Rachael G. |
| **Subject:** | Deposit for arbitrators' compensation of case no. 50 148 T 00511 13 |

Dear Counsel,

As I have tried to urge the Respondent to pay its share of deposit for the arbitrators' compensation for quite a few times but did not receive any responses from it, could you please kindly advise whether Claimant is willing to cover Respondent's share in advance and seek this part in the arbitral award at the end of the proceeding? Thank you very much.

Best regards,
Cheng Zhang



**Cheng Zhang, LL.M.**
**International Case Manager**

American Arbitration Association
International Centre for Dispute Resolution
120 Broadway, 21st Floor
New York, NY 10271
www.icdr.org
**T**:+1 212-484-4036
**F**:+1 212 246 7274

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.