UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDOIL USA, LLC,

        Petitioner,

v.

ASTRA PROJECT FINANCE PTY LTD.,

        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 20, 2014

12 Civ. 8484 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

    "Reconsideration of a previous order by the court is an extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *Hinds County, Miss. v. Wachovia Bank N.A.*, 700 F. Supp. 2d 378, 407 (S.D.N.Y. 2010) (internal quotation marks omitted). "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked . . . ." *Shrader v. CSX Transp.*, 70 F.3d 255, 257 (2d Cir. 1995). "The major grounds justifying reconsideration are 'an intervening change in controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Hinds County*, 700 F. Supp. 2d at 407 (quoting *Virgin Atl. Airways, Ltd. v. National Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992)).

    Rather than rely on new evidence or data that would justify the extraordinary remedy of reconsideration, pursuant to Federal Rule of Civil Procedure 59(e), or Local Rule 6.3, Plaintiff repeats its factual recitation to rehash arguments that the Court already considered and rejected. Accordingly, Petitioner's motion for reconsideration is DENIED. The Clerk of Court is directed to enter judgment pursuant to the Opinion issued on August 15, 2013, and terminate this case.

Dated: New York, New York
       February 20, 2014

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge