UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDOIL USA, LLC,<br><br>                    Petitioner,<br><br>    v.<br><br>ASTRA PROJECT FINANCE PTY LTD.,<br><br>                  Respondent. | 12 Civ. 8484 (PAC) |

### NOTICE OF APPEAL

Notice is hereby given that MidOil USA, LLC, (petitioner) in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered on February 27, 2014 (Dkt. 50), the Order entered February 20, 2014 denying MidOil USA, LLC's Motion for Reconsideration (Dkt. 49) and the Court's Opinion entered August 15, 2013 insofar as it denied MidOil's Motion to Amend Petition to Compel Arbitration (Dkt. 41) .

Dated: March 24, 2014

DUANE MORRIS LLP

/s/  Rachael G. Pontikes

Rachael G. Pontikes
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603
Telephone: 312-499-6700
Facsimile: 312-499-6701
rgpontikes@duanemorris.com

2

        John Dellaportas
        Morgan, Lewis & Bockius LLP
        101 Park Avenue
        New York, NY 10178
        Tel: 212-309-6000
        jdellaportas@morganlewis.com

*Attorneys for Petitioner*
*Midoil USA, LLC*

2