N.Y.S.D. Case #
12-cv-8484(PAC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand and fifteen.

_____

Midoil USA, LLC,

Petitioner-Appellant,

v.

Astra Project Finance Pty Ltd.,

Respondent-Appellee.

_____

STATEMENT OF COSTS

Docket No. 14-912

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 30, 2015

IT IS HEREBY ORDERED that costs are taxed in the amount of $180.20 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 03/30/2015